UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WORLD MINING AND OIL SUPPLY<br>  a/k/a "WMO"<br>DALI BAGROU<br>GVA INTERNATIONAL OIL AND<br>  GAS SERVICES<br>    a/k/a "GVA INTERNATIONAL<br>    DMCC"<br>BRUNO CAPARINI<br>KS ENGINEERING<br>    a/k/a "KS-INZHINIRING CO.<br>    LTD."<br>    a/k/a "KS-INZHINIRING,<br>    LLC"<br>ANTON CHEREMUKHIN<br>OLEG VLADISLAVOVICH<br>  NIKITIN | Case No. 419-cr-150 |

**ORDER**

Upon consideration of the Government's motion for an order requiring the Defendants to provide reciprocal discovery pursuant to Federal Rule of Criminal Procedure 16(b)(1), and the entire record herein, it is hereby **ORDERED** that the Government's motion is **GRANTED.**

Defendants WORLD MINING AND OIL SUPPLY, DALI BAGROU, GVA INTERNATIONAL OIL AND GAS SERVICES, KS ENGINEERING, and OLEG VLADISLAVOVICH NIKITIN are **ORDERED** to provide reciprocal discovery, if any, to the Government no later than July 22, 2020.

This the 9th day of July, 2020.

                                        Christopher L. Ray
                                        United States Magistrate Judge