UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>) <br>v.                                          )<br>)<br>WORLD MINING AND OIL SUPPLY, )<br>ET AL                                  ) | CASE NO: 4:19cr150 |

### ORDER

This matter is before the Court on the Motion for Leave of Absence by Steven H. Lee, counsel for Plaintiff, from April 1, 2021 through April 6, 2021. After careful consideration, said Motion is **GRANTED,** however, the attorney must make arrangements for other counsel in the event the case is scheduled for a hearing or trial during such leave.

**SO ORDERED**, this 11th day of February, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA